Tuesday August 13th 2019 4 PM

"Motion for Reconsideration"

FILED
AUG 13 2019
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

To whom it may concern –

Case #19-10507
Jonathan Bradley Cohen

I Jonathan Cohen had a Hearing Date for a motion of Relief of Stay, written up By Alan Henderson's Brother, Jeff Henderson Attorney on the 7th of August at 8:30 am.

I recived a letter mention about the stay of relief that had been filed, But it said nothing that a Date to Appear it was regarding Arratta Because they had spelled my name wrong. there was no mention of a date for me to Appear.

it just said that my name was misspelled. Had there Been a date or something saying for me to Appear on the 7th at 830, I most deffinatly would have Appeared. I Am Not a person who doesn't show up to court on something as important as this.

They are telling me that they sent it in the mail registerd mail. I Did Not recive that letter. if i had got it I would have Appered. This is my reason for asking Respectfuly for the Motion of Recosideration

707-494-7652

Jonathan Cohen

*I recieved this on Sat 8-10-19 Say i fail to Show*

Reginald R. Hindley #113144
Ryan A. Henderson #257487
Law Office of Hindley & Henderson
718 Orchard Street
Santa Rosa, CA 95404
Telephone: (707) 575-3700
Facsimile: (707) 575-3020
Email: HindleyLaw@gmail.com

Attorneys for Movant/ Creditor
Allen Henderson

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

In re

**JONATHON BRADLEY COHEN,**

Debtor.

Chapter 7
Case No.: 19-10507

**PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PROCEED IN STATE COURT**
**(11 U.S.C. § 362)**

Allen Henderson's ("Movant") Motion for Relief from the Automatic Stay came on for hearing on August 7, 2019 at 11:00 a.m. before the Honorable Charles Novack. Attorney Ryan A. Henderson appeared for Movant and the Debtor did not appear.

The Court having read the various pleadings, documents and proceedings herein, service having been made, and having found sufficient cause to terminate the automatic stay herein, hereby grants the motion as follows:

**IT IS FOUND, ORDERED, ADJUDGED AND DECREED**

(1) That the stay of 11 U.S.C. § 362 is terminated with regard to the unlawful detainer action, case number MCV249356, pending in Sonoma County Superior Court and Movant may proceed with said action.

(2) Should Movant obtain a Judgment for Possession in State Court Movant may enforce the judgment and take all steps necessary to enforce his right to possession and to obtain

actual possession of the subject property, 3133 Stony Point Road, Santa Rosa, CA 95407.

(3) That this Order will be binding and effective upon and despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

(4) The request to waive the 14-day stay described by Bankruptcy Rule 4001(a)(3) is granted.

**SO ORDERED**

***END OF ORDER***

# COURT SERVICE LIST

Jonathon Bradley Cohen
3133 Stony Point Road
Santa Rosa, CA 95407

The following parties will receive ECF electronic notice:

Office of the United States Trustee

Linda S. Green, Chapter 7 Trustee

*No mention of any court date* ✓

```
Reginald R. Hindley #113144
Ryan A. Henderson #257487
Law Office of Hindley & Henderson
718 Orchard Street
Santa Rosa, CA  95404
Telephone:  (707) 575-3700
Facsimile:   (707) 575-3020
Email:       HindleyLaw@gmail.com

Attorneys for Movant/Secured Creditor:
Allen Henderson
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**JONATHON BRADLEY COHEN,**<br><br>Debtor(s). | **Chapter 7**<br>**Case No.:  19-10507**<br><br>**NOTICE OF ERRATA** |

**TO THE HONORABLE JUDGE CHARLES NOVACK, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNTIED STATES TRUSTEE, CHAPTER 7 TRUSTEE LINDA S. GREEN, THE DEBTOR, AND OTHER INTERESTED PARTIES:**

Ryan A. Henderson, attorney for Movant, submits this Notice of Errata re the Notice of Motion for Relief from Automatic Stay (Docket Entry # 15), Motion for Relief from Automatic Stay (Docket Entry #12), Relief From Stay Coversheet (Docket Entry #14), and Declaration in Support of Motion for Relief from Automatic Stay (Docket Entry #13), filed on July 19, 2019. These documents erroneously captioned the above matter as In re JONATHAN BRADELY COHEN when it is, in fact, In re JONATHON BRADELY COHEN. The undersigned regrets the error and any confusion it caused.

Respectfully Submitted,

Dated: July 26, 2019          /s/ Ryan A. Henderson
                                        Ryan A. Henderson, Attorney for Movant

1

NOTICE OF ERRATA