

<span style="color:red">**CHANGES MADE BY COURT**</span>

**The following constitutes the order of the Court.**
**Signed: August 14, 2019**

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 19-10507 CN |
|---|---|
| JONATHON BRADLEY COHEN, | Chapter 7 |
| Debtor. | **ORDER SETTING HEARING ON MOTION TO RECONSIDER ORDER GRANTING RELIEF FROM STAY** |

The court entered an order granting Creditor Allen Henderson's motion for relief from stay [Docket #21] on August 7, 2019. Debtor Jonathon Cohen filed a motion to reconsider ("Motion") on August 13, 2019. Accordingly, and good cause appearing,

**IT IS HEREBY ORDERED** that a hearing on the Motion is set for **September 18, 2019** at **11:00 a.m.** in the United States Bankruptcy Court, 99 South E Street, Santa Rosa, California. Debtor shall appear at the hearing. Any Opposition to the Motion may be stated on the record at the hearing.

\* \* \* END OF ORDER \* \* \*

Case No. 19-10507 CN

**COURT SERVICE LIST**

Jonathon Bradley Cohen
3133 Stony Point
Santa Rosa, CA 95407

Other recipients are ECF participants.